[Cite as *Henicle v. Ohio Univ.*, 2010-Ohio-5223.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

LAUREN R. HENICLE

    Plaintiff

    v.

OHIO UNIVERSITY

    Defendant

    Case No. 2010-06338-AD

Deputy Clerk Daniel R. Borchert

<u>MEMORANDUM DECISION</u>

FINDINGS OF FACT

{¶ 1} "1)   On January 20, 2010, plaintiff, Lauren R. Henicle, parked her 2000 Chevrolet S10 truck in a parking garage owned and operated by defendant, Ohio University.   Plaintiff related she subsequently received "a call from parking services informing me that there was a white liquid leaking onto my windshield and hood of my truck."   Plaintiff advised she attempted to wash the liquid substance from her truck, but the substance could not be removed at the car wash.   Plaintiff asserted her truck was damaged as a proximate cause of negligence on the part of defendant in maintaining a hazardous condition on university premises and she has consequently filed this complaint seeking to recover damages in the amount of $703.40, representing the cost of ineffective washes and the cost of repainting her truck.   In her complaint, plaintiff provided evidence that she maintains  insurance coverage with a $250.00 deductible provision.   The filing fee was paid and plaintiff requested reimbursement of that cost along with her damage claim.

{¶ 2} "2)   Defendant filed an investigation report stating, "Ohio University does

not contest this claim." Defendant requested the amount plaintiff be entitled to recover "be no more than the plaintiff's deductible of $250 plus the cost of her car wash charges $25, and the filing fee.

CONCLUSIONS OF LAW

{¶ 3} 1) Sufficient proof has been offered to establish the damage to the vehicle was proximately caused by negligence on the part of defendant. *Lee v. University of Akron* (1998), 97-12441; *Warren v. University of Akron* (1999), 99-01683-AD; *Miller v. University of Akron* (2001), 2001-04140-AD; *Swigart v. Ohio Univ.*, Ct. of Cl. No. 2009-01581-AD, 2009-Ohio-2771.

{¶ 4} 2) R.C. 2743.02(D) provides:

{¶ 5} (D) Recoveries against the state shall be reduced by the aggregate of insurance proceeds, disability award, or other collateral recovery received by the claimant. This division does not apply to civil actions in the court of claims against a state university or college under the circumstances described in section 3345.40 of the Revised Code. The collateral benefits provisions of division (B)(2) of that section apply under those circumstances."

{¶ 6} Also, R.C. 3345.40(B)(2) states in pertinent part:

{¶ 7} "If a plaintiff receives or is entitled to receive benefits for injuries or loss allegedly incurred from a policy or policies of insurance or any other source, the benefits shall be disclosed to the court, and the amount of the benefits shall be deducted from any award against the state university or college recovered by plaintiff."

{¶ 8} 3) Defendant is liable to plaintiff for her insurance coverage deductible and car wash expense, $275.00, plus the $25.00 filing fee which may be reimbursed as compensable costs pursuant to R.C. 2335.19. See *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.

Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

LAUREN R. HENICLE

     Plaintiff

     v.

OHIO UNIVERSITY

     Defendant

     Case No. 2010-06338-AD

Deputy Clerk Daniel R. Borchert

## ENTRY OF ADMINISTRATIVE DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $300.00, which includes the filing fee. Court costs are assessed against defendant.

                    DANIEL R. BORCHERT
                    Deputy Clerk

Entry cc:

Lauren R. Henicle
8849 Pineville Road
Shippensburg, PA 17257

George T. Wendt
Ohio University
160 West Union Street
HDL Center 166H
Athens, Ohio 45701

RDK/laa

6/16
Filed 6/28/10
Sent to S.C. reporter 10/22/10